**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| WESLEY JERRONE FRANK, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 3:26-cv-00169 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

## I. PARTIES

1. Plaintiff, Wesley Jerrone Frank, is an individual and a resident of Galveston County, Texas.

2. Defendant, United States of America, may be served by mailing a copy of the summons and complaint to the United States Attorney for the Southern District of Texas and by sending a copy of the summons and complaint to the United States Attorney General of the United States.

## II. JURISDICTION

3. The Court has jurisdiction over this lawsuit under 28 U.S.C. §1346(b) because the suit involves a claim against the United States for personal injury caused by the negligent or wrongful acts or omissions of a government employee while acting within the scope of his employment with the United States Postal Service.

## III. VENUE

4. Venue is proper in this district under 28 U.S.C. §1402(b) because the acts or omissions complained of occurred in this district.

## IV. CONDITIONS PRECEDENT

5. Plaintiff timely presented this valid claim in writing to the United States Postal Service. Over six (6) months have elapsed since the United States Postal Service received Plaintiff's valid

claim and the United States Postal Service has yet to issue a written denial. Therefore, this lawsuit is proper pursuant to 28 U.S.C. §2675(a).

## V. FACTS

6. This is an automobile collision case, and this lawsuit is necessary because of personal injuries Plaintiff sustained on or about August 18, 2024. On the date in question, Plaintiff was travelling on Avenue H and was approaching the intersection of Avenue H and 34th Street located in Galveston, Texas.

7. Upon information and belief, Christopher Jenkins, who was delivering packages in a United States Postal Service delivery vehicle, was travelling directly in front of Plaintiff. As both drivers were travelling on Avenue H, Christopher Jenkins began to slow his vehicle and maneuvered it onto the road's right shoulder indicating that he was coming to a complete stop. Then, Christopher Jenkins suddenly, and without warning, attempted to make an improper U-turn in front of Plaintiff which caused the collision.

8. Christopher Jenkins's conduct proximately caused Plaintiff's injuries and damages.

## VI. FEDERAL TORT CLAIMS ACT

9. At the time of the incident, Christopher Jenkins was an employee of the United States Postal Service and was acting in the course and scope of his employment and had a duty to exercise ordinary care and operate the motor vehicle in a reasonable and prudent manner. Christopher Jenkins failed in this regard by colliding into the motor vehicle occupied by Plaintiff.

10. Under the laws of the State of Texas, a private person would be liable to Plaintiff for this negligent act. Under 28 U.S.C. § 2674, the United States is liable to Plaintiff for his damages and personal injuries described below.

## VII. DAMAGES

11. As a direct and proximate result of Defendant's aforementioned acts and omissions, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems, expenses, and economic damages, both in the past and in the future. Plaintiff is therefore entitled to recover the following damages:

(a) Medical care and expenses sustained in the past: Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the collision complained of herein, and such charges are reasonable and were usual and customary charges for such services.

(b) Medical care and expenses that, in all reasonable probability, Plaintiff will sustain in the future;

(c) Physical pain, suffering, and mental anguish sustained in the past;

(d) Physical pain, suffering, and mental anguish that, in all reasonable probability, Plaintiff will sustain in the future;

(e) Physical impairment sustained in the past;

(f) Physical impairment that, in all reasonable probability, Plaintiff will continue to have in the future;

(g) Lost wages in the past;

(h) Lost earning capacity; and

(i) Property damage.

12. All of Plaintiff's injuries and damages as set forth herein were proximately caused by the negligence of Defendant. Plaintiff seeks $255,000 in damages.

## VIII. JURY DEMAND

13. Plaintiff demands a trial by jury.

## IX. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Wesley Jerrone Frank, respectfully prays that Defendant, United States of America, be served and cited to appear and answer herein, and that upon final trial of this cause, Plaintiff be awarded judgment against Defendant for the above described damages in the full amounts allowed by law, together with pre-judgment and post-judgment interest, costs of suit, and all such other and further relief, both at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**LOWENBERG LAW FIRM, PLLC**

/s/ *Michael J. Lowenberg*
MICHAEL J. LOWENBERG
Texas Bar No. 24001164
Federal Bar No. 22584
Mike@thetexastriallawyers.com
GRANT GOLSON
Texas Bar No. 24134698
Federal Bar No. 3850356
Grant@thetexastriallawyers.com
5433 Westheimer Rd. Suite 900
Houston, Texas 77056
Telephone: 832-241-6000
Facsimile: 832-241-6001

**ATTORNEYS FOR PLAINTIFF**